UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SINGLETARY,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HANI M. SHAMOUN, also known as Mike's Market doing business as Market Liquor; DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　　　　　Defendant. | Civil No.   07-cv-1132-BEN (POR)<br><br>**ORDER CONTINUING EARLY NEUTRAL EVALUATION** |

An Early Neutral Evaluation of this case was scheduled for September 4, 2007 at 10:00 a.m. Plaintiff David Singletary appeared with counsel, Theodore Pinnock. *Pro se* defendant Hani Shamoun was not present at the scheduled time of the Early Neutral Evaluation conference, but later appeared and represented that he had not received notice of the Early Neutral Evaluation conference. Review of the Court's delivery notification receipt for the August 2, 2007 Order and Notice Regarding Early Neutral Evaluation (Docket No. 4) confirms this representation by Defendant.

The Early Neutral Evaluation scheduled for September 4, 2007 at 10:00 a.m. is hereby continued until **September 24, 2007** at **3:00 p.m.** All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference, shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case at the Early Neutral Evaluation Conference. All conference discussions will be informal, off the record, privileged, and confidential.

///

1     In the event the case does not settle at the Early Neutral Evaluation Conference, the parties
2 shall also be prepared to discuss the following matters at the conclusion of the conference:
3     a.     Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E)
4         to the initial disclosure provisions of Federal Rule of Civil Procedure
5         26(a)(1)(A-D);
6     b.     The scheduling of the Federal Rule of Civil Procedure 26(f) conference;
7     c.     The date of initial disclosure and the date for lodging the discovery plan
8         following the Rule 26(f) conference; and,
9     d.     The scheduling of a Case Management Conference pursuant to Federal Rule
10         of Civil Procedure 16(b).
11     The Court will issue an order following the Early Neutral Evaluation Conference addressing
12 these issues and setting dates as appropriate.
13     Questions regarding this case may be directed to Judge Porter's law clerk, David K. Ries, at
14 (619) 557-5383.
15 DATED: September 5, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

20 cc:     The Honorable Roger T. Bentiez
21         All parties
22         Hani Shamoun, 3676 Ocean View Blvd., San Diego, CA 92113